In re: Elisha RIGGLEMAN,
Petitioner.

No. 14–2238.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 18, 2015.

Elisha Riggleman, Petitioner Pro Se.

Before MOTZ, WYNN, and FLOYD,
Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Elisha Riggleman petitions for a writ of
mandamus, alleging that the district court
has unduly delayed in ruling on his 28
U.S.C. § 2255 (2012) motion. He seeks an
order from this court directing the district
court to act. We find the present record
does not reveal undue delay in the district
court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral
argument because the facts and legal contentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*PETITION DENIED.*